| | |
|---|---|
| BUTTACI LEARDI & WERNER LLC<br>103 Carnegie Center, Suite 323<br>Princeton, NJ 08540<br>609.799.5150<br>609.799.5180 (fax) | ZUCKERMAN SPAEDER LLP<br>485 Madison Avenue, 10th Floor<br>New York, NY 10022<br>212.704.9600<br>917.261.5864 (fax) |

*Attorneys for Plaintiff/Counterclaim Defendant*
*Columbia East Side Ambulatory Surgery, P.C.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE MEDICAL SOCIETY OF THE STATE OF NEW YORK, *et al.*,<br><br>    *Plaintiffs*,<br><br>- v. -<br><br>UNITEDHEALTH GROUP INC., *et al.*,<br><br>    *Defendants*. | Civil Action No. 16-cv-5265 (JPO) |

**NOTICE OF COLUMBIA EAST SIDE AMBULATORY SURGERY'S**
**MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of John W. Leardi, dated June 4, 2018, Plaintiffs shall move this Court, before the Honorable J. Paul Oetken, U.S.D.J., on a date and at a time convenient for the court, at Room 706, at the Thurgood Marshall United State Courthouse, 40 Foley Square, New York, NY 10007, for an order pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) dismissing the Defendants' Counterclaims with prejudice for failure to state a claim upon which relief can be granted (the "Motion"). The grounds for the Defendants' Motion are set forth in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs hereby request oral argument.

Dated:  June 4, 2018

        Respectfully submitted,

        /s/ John W. Leardi
        John W. Leardi
        BUTTACI LEARDI & WERNER LLC
        103 Carnegie Center, Suite 323
        Princeton, NJ 08540
        609.799.5150
        609.799.5180 (fax)
        jwleardi@buttacilaw.com

        D. Brian Hufford
        Jason S. Cowart
        Anant Kumar
        Nell Z. Peyser
        ZUCKERMAN SPAEDER LLP
        485 Madison Avenue, 10th Floor
        New York, NY 10022
        212.704.9600
        917.261.5864 (fax)
        dbhufford@zuckerman.com
        jcowart@zuckerman.com
        akumar@zuckerman.com
        npeyser@zuckerman.com

        Cyril V. Smith (*pro hac vice*)
        ZUCKERMAN SPAEDER LLP
        100 East Pratt Street, Suite 2440
        Baltimore, MD 21202
        410.332.0444
        410.659.0436 (fax)
        csmith@zuckerman.com

        *Attorneys for Plaintiff/Counterclaim Defendant*
        *Columbia East Side Ambulatory Surgery, P.C.*