UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MEDICAL SOCIETY OF THE STATE OF NEW YORK,<br><br>                       Plaintiff,<br><br>                    -v-<br><br>UNITEDHEALTH GROUP INC., *et al.*,<br>                      Defendants. | 16-CV-5265 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On April 2, 2020, Defendants filed a request that Attorneys Gregory F. Jacob and Danielle C. Gray be allowed to withdraw as counsel because they are no longer employed by O'Melveny & Myers LLP. (Dkt. No. 217.)

Accordingly, the request to withdraw is GRANTED. The Clerk of Court is directed to terminate Attorneys Gregory F. Jacob and Danielle C. Gray as counsel for the Defendants.

SO ORDERED.

Dated: April 3, 2020
       New York, New York

                                                             J. PAUL OETKEN
                                                    United States District Judge