UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE MEDICAL SOCIETY OF THE
STATE OF NEW YORK, *et al.*,
               Plaintiffs,

-v-

UNITEDHEALTH GROUP INC., *et al.*,
               Defendants.

16-CV-5265 (JPO)

ORDER

    The bench trial in this case is scheduled to begin on January 31, 2022. The parties have requested clarification of the Court's courtroom protocols during the pandemic (Dkt. No. 305) and also dispute whether two of Defendants' witnesses should be allowed to testify by videoconference (Dkt. Nos. 306–13).

    **The parties are directed to appear telephonically for a conference to address these issues on January 25, 2022, at 11 A.M. Counsel should call (888) 557-8511 at the scheduled time. The access code is 9300838.**

    The Court informs the parties that updated courthouse protocols adopted last week impose additional restrictions, including: (1) before removing their mask, any witness or attorney must take (and test negative on) a rapid molecular test that morning (provided by the Court's District Executive's office), and (2) an airflow smoke test must be performed in the trial courtroom (scheduled for this Wednesday) and the courtroom must meet certain airflow requirements before any de-masking will be permitted in the courtroom.

    In advance of the telephone conference, the parties are encouraged to give serious consideration to conducting the entirety of the trial remotely by Zoom.

    SO ORDERED.

Dated: January 24, 2022
       New York, New York

J. PAUL OETKEN
United States District Judge