# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

THE MEDICAL SOCIETY OF THE
STATE OF NEW YORK, *et al.*,

                    Plaintiffs,                    16 **CIVIL** 5265 (JPO)

    -against-                              **<u>JUDGMENT</u>**

UNITEDHEALTH GROUP, INC., *et al.*,

                    Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Findings of Fact and Conclusion of Law dated September 14, 2022, the Court finds in favor of Defendants in all counts; accordingly, this case is closed.

**Dated:**  New York, New York
           September 14, 2022

                                                            **RUBY J. KRAJICK**

                                                             _____
                                                                  **Clerk of Court**

                           **BY:**           _____
                                                                   **Deputy Clerk**